ANNIE L. NEWBOLD AND W. A. NEWBOLD v. MEADOWS
FERTILIZER COMPANY.

(Filed 8 October, 1930.)

Damages C a—Plaintiff may not recover where damage is remote, uncertain and speculative.

The plaintiff may not recover damages for breach by the defendant of a contract to ship fertilizer when the plaintiff's losses to crops are contingent, speculative, or merely possible, and are not such as in the ordinary course of things are reasonably proximate and certain.

APPEAL by plaintiffs from Grady, J., at April Term, 1930, of ONSLOW. Affirmed.

N. E. Day and Dawson & Jones for plaintiffs.
John D. Warlick and L. I. Moore for defendant.

PER CURIAM. The plaintiffs claim to have given the defendant an order for fertilizer which was never filled, and for the defendant's alleged breach of a contract to ship fertilizer they seek to recover damages. At the close of the evidence the trial judge intimated an opinion that only nominal damages, if any, could be recovered. The plaintiffs submitted to a nonsuit and appealed. This ruling is sustained by authorities to the effect that damages are not allowed for losses which are contingent, speculative, or merely possible and are not such as in the ordinary course of things are reasonably proximate and certain. The evidence fails to establish a standard by which the alleged loss may be determined with sufficient certainty.

We have considered all the assignments of error and find no satisfactory reason for sustaining them. Judgment

Affirmed.